**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONOVAN L. HALEY, | NO. CV 11-787-AG(E) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS, |
| CUSTODY OFFICIAL - GIPSON, et al., | CONCLUSIONS AND RECOMMENDATIONS |
| | OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | |

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is approved and adopted; and (2) Judgment shall be entered dismissing the action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff.

DATED: July 31, 2011.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE