**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONOVAN L. HALEY, | NO. CV 11-787-AG(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| CUSTODY OFFICIAL - GIPSON, et al., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: July 31, 2011.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE